# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1430

_____

David E. Zanders, Jr.

*Plaintiff - Appellant*

v.

U.S. Bank

*Defendant - Appellee*

Chris Tiggs, in his official and individual capacity as US Bank Branch Manager;
Angela Imming, in her official and individual capacity as US Bank District
Manager; Mike Helak, in his official and individual capacity as US Bank District
President; Rob Dapper, in his official and individual capacity as Human Resource
Vice President; Renee McCargar, in her official and individual capacity as Human
Resource Representative

*Defendant*s

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: January 4, 2017
Filed: January 9, 2017
[Unpublished]

_____

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

David Zanders appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., and the Iowa Civil Rights Act, Iowa Code Ann. § 216.1, et seq. After careful de novo review, we find no error in the district court's decision. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.